IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JENNIFER JEAN COSSIO,         )
                              )
            Plaintiff,        )
                              )
      v.                      )     1:25CV967
                              )
RAY ARMINI et al.,            )
                              )
            Defendants.       )

### ORDER

On October 30, 2025, the Recommendation of the United States Magistrate Judge was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). Plaintiff objected to the Recommendation. (Doc. 9.)

The court has carefully reviewed the portions of the Magistrate Judge's report to which objection was made and has made a *de novo* determination in accord with the Magistrate Judge's report. The court finds that the objections do not change the substance of the Magistrate Judge's Recommendation, and the court therefore adopts the Recommendation.

IT IS THEREFORE ORDERED that this action will proceed on Plaintiff's claims against Defendant Starmount Forest Country Club ("SFCC") for discriminatory discharge in violation of the Age Discrimination in Employment Act ("ADEA") and the Americans with Disabilities Act ("ADA"), but (B) that the court dismisses this

action against all other Defendants and as to all other claims for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B).

                                          /s/   Thomas D. Schroeder
                                             United States District Judge

November 26, 2025