IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JENNIFER JEAN COSSIO,              )
                                   )
                Plaintiff,         )
                                   )
        v.                         )        1:25cv967
                                   )
RAY ARMINI, et al.,                )
                                   )
                Defendants.        )

**<u>ORDER</u>**

On January 22, 2026, the Recommendation of the United States Magistrate Judge was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). (Doc. 25.) Plaintiff Jennifer Jean Cossio timely filed an objection. (Doc. 27.) Cossio then also filed a motion to expedite consideration of her objection, along with multiple notices of continued financial hardship. (Docs. 28, 29, 30.)

The court has carefully reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination in accord with the Magistrate Judge's report. The court finds that the objections do not change the substance of the Magistrate Judge's Recommendation, and the court therefore adopts the Recommendation.

IT IS THEREFORE ORDERED that Plaintiff Cossio's untimely objections to the Text Recommendation dated October 30, 2025 (Doc. 20) are DENIED.

IT IS FURTHER ORDERED that Cossio's motion to expedite consideration (Doc. 29) is DENIED AS MOOT.

/s/   Thomas D. Schroeder
United States District Judge

June 2, 2026